UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO:

SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK.
DATE        11 2 04

| | |
|---|---|
| BARBARA A. CRIDER,<br>Plaintiff,<br><br>v.<br><br>JAMES GOODINE and DEVON LUMBER<br>CO., LTD.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

04 1232   NG

## NOTICE OF REMOVAL

MAGISTRATE JUDGE Bowler

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

### A.    INTRODUCTION

Pursuant to 28 U.S.C. § 1446(a), defendants James Goodine and Devon Lumber Co., Ltd.

hereby invoke this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(a)

and state the following grounds for removal:

1.    On 16 July 2004, an action styled and captioned as above and assigned Civil

Action No. 2004-02901-L2 was filed against the defendants in the Middlesex Superior Court.

Copies of the Summons and Complaint are attached as Exhibit "A."

2.    In this action, Barbara Crider asserts claims against James Goodine and Devon

Lumber Co., Ltd. for negligence.

3.    Plaintiff served the Summons, Complaint, Civil Action Cover Sheet and Tracking

Order upon the defendants on or about 13 October 2004.

939852v1

4.    The Summons, Complaint, Civil Action Cover Sheet and Tracking Order constitute all process, pleadings and orders served on the removing defendants to date in this action.

5.    This Notice of Removal of the case to the United States District Court is filed by the removing defendants within 30 days of both the date on which service was made and the date on which the removing defendant received the Summons and Complain.  Accordingly, this removal petition is filed in a timely manner pursuant to the provisions of 28 U.S.C. § 1446(b). See <u>Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325 (1999).  The removing defendants have provided written notice as required by 28 U.S.C. § 1446(d) to the adverse party and clerk of the state court in which this case was initially filed.

### B.    <u>GROUNDS FOR REMOVAL</u>

1.    Jurisdiction exists over this removed action pursuant to 28 U.S.C. § 1441 because this action could originally have been filed in this Court pursuant to 28 U.S.C. § 1332(a)(1) on the basis that there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000.

a.    Defendant Devon Lumber Co., Ltd.  is a Canadian corporation with its principal place of business at 200 Gibson Street, Fredricton, New Brunswick, Canada.

b.    Defendant James Goodine is an individual residing in New Brunswick, Canada.

c.    Plaintiff, Barbara Crider, based on her Complaint, is an individual, residing at 23 Sandra Drive, Chelmsford, Massachusetts.

939852v1

**C.      AMOUNT IN CONTROVERSY EXCEEDS $75,000**

Based on the claims asserted in the Complaint and as filed by the plaintiff in the Civil

Action Cover Sheet, the amount in controversy exceeds $75,000.  A copy of the Civil Action

Cover Sheet is attached as Exhibit "B."

**D.      CONSENT OF ALL DEFENDANTS**

Both defendants consent to removing this action to this Court.

**E.      VENUE ALLEGATIONS**

Pursuant to 28 U.S.C. § 106 and § 1446(a) and (b), the state court action which was

commenced in the Middlesex Superior Court, may be removed to this Federal District Court

which embraces Middlesex County.

WHEREFORE, the removing defendants request that the action pending in Middlesex

County, be removed therefrom to this Court and proceed as an action properly removed to this

Court.

Respectfully Submitted By,
Counsel for Defendants,
JAMES GOODINE AND DEVON LUMBER CO.,
LTD.

_____
Thomas C. Federico, BBO #160830
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
Tel. (617) 439-7500

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney
of record for each (other) party by mail
(by hand) on _____ 2004

3

939852v1