TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. MICV2004-02901-L2

MIDDLESEX, ss
[seal]

BARBARA A. CRIDER, Plaintiff(s)

v.

DEVON LUMBER CO., LTD, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Edward C. Bassett, Jr., Esq. Mirick, O'Connell, DeMallie & Lougee LLP plaintiff's attorney, whose address is 1700 West Park Drive, Westborough, MA 01581-3941, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Lowell, Massachusetts either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Westborough, MA the 13th day of October in the year of our Lord 2004.

*Edward J. Sullivan*
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .................................................................................................
20........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................

Dated: ....................................................................................................

**N.B. TO PROCESS SERVER:**
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( OCT 15-04 [signature] )
( ........................................ )
( _____ )

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX, ss.
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION
No. MICV2004-02901-L2

BARBARA A. CRIDER, Plff.
v.
DEVON LUMBER CO., LTD, Deft.

SUMMONS
(Mass. R. Civ. P. 4)

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                          SUPERIOR COURT DEPARTMENT
                                        OF THE TRIAL COURT
                                        CIVIL ACTION NO.

BARBARA A. CRIDER,
Plaintiff

V.                                      COMPLAINT AND DEMAND
                                        FOR JURY TRIAL
JAMES GOODINE and DEVON LUMBER
CO., LTD.,
Defendants

1. The plaintiff, Barbara A. Crider ("Crider"), resides at 23 Sandra Drive, Chelmsford, Middlesex County, Commonwealth of Massachusetts.

2. The defendant, James Goodine ("Goodine"), has a last known address of 628 Route 616, Keswick Ridge, New Brunswick, Canada. At all times pertinent Goodine was doing business in Massachusetts.

3. The defendant, Devon Lumber Co., LTD ("Devon"), is a Canadian corporation with a principal place of business at 200 Gibson Street, Fredricton, New Brunswick, Canada. At all times pertinent Devon was doing business in Massachusetts.

4. On June 2, 2004, Goodine was operating a 2004 Volvo Tractor Trailer ("the Truck") on a public way in Littleton, Middlesex County, Massachusetts.

5. On June 2, 2004, Devon was the owner of the Truck.

6. On June 2, 2004, Devon was in control of the Truck.

7. On June 2, 2004, Goodine was operating the Truck as a duly authorized Devon agent or employee.

8. On June 2, 2004, Goodine negligently operated the Truck so as to cause a multiple vehicle crash and to cause Crider to sustain serious and disabling injuries. A copy of the Littleton Police report is attached as Exhibit A.

9. On June 2, 2004, Devon was the registered owner of the Truck. Pursuant to the provisions of G.L. c. 231 §85A – 85B and the doctrines of respondeat superior, vicarious liability, agency and/or master servant, Devon is responsible for Goodine's negligence and Goodine's violation of the law.

## COUNT ONE
## BARBARA A. CRIDER V. JAMES GOODINE

10. The allegations set forth in paragraphs 1-9 are incorporated herein by reference.

11. On July 2, 2004, Crider was operating her car on a public way in Littleton, Middlesex County, Massachusetts.

12. On July 2, 2004, Goodine was the operator of the Truck. Goodine was operating the Truck in the usual course of his business as a duly authorized Devon agent or employee.

13. Goodine negligently and carelessly operated the Truck so as to cause a multiple vehicle crash.

14. As a result of Goodine's negligence, violation of law and violation of statute, Crider was caused to sustain serious personal injuries.

15. As a direct and proximate result of Goodine's negligence; violation of law and violation of statute, Crider sustained severe and permanently disabling injuries; incurred expenses for medical care and treatment in excess of $54,300.00; will incur future medical expenses; suffered and will continue to suffer great pain of body and mind; suffered and will continue to suffer emotional distress; suffered lost wages and loss of earning capacity and has been otherwise damaged.

WHEREFORE, the plaintiff, Barbara A. Crider, demands judgment against the defendant, James Goodine for her personal injuries, pain and suffering, emotional distress, loss of earning capacity, lost wages, medical expenses, loss of services, loss of enjoyment of life together with interest, costs and attorneys fees.

## COUNT TWO
## BARBARA A. CRIDER V. DEVON LUMBER CO. LTD.

16. The allegations set forth in paragraphs 1-15 are incorporated herein by reference.

17. On June 2, 2004, the Truck operated by Goodine was owned by Devon.

18. Devon negligently entrusted the Truck to Goodine.

19. At the time that Goodine negligently and carelessly operated the Truck, Goodine was operating the Truck with the consent and authorization of Devon.

20. Upon information and belief, the Truck operated by Goodine on June 2, 2004 was registered in the name of Devon.

21. Upon information and belief, at the time of the crash, the Truck was being operated by and under the control of a person for whose conduct Devon was responsible.

22. Upon information and belief, at the time of the crash, Goodine was operating the Truck as Devon's duly authorized agent.

23. As a direct and proximate result of Goodine's negligence; Devon's negligence; Devon's vicarious liability and Devon's negligent entrustment of the Truck to Goodine, Crider sustained severe and permanently disabling injuries; incurred expenses for medical care and treatment in excess of $54,300.00; will incur future medical expenses; suffered and will continue to suffer great pain of body and mind; suffered and will continue to suffer emotional distress; suffered lost wages and loss of earning capacity and has been otherwise damaged.

WHEREFORE, the plaintiff, Barbara A. Crider, demands judgment against the defendant, Devon Lumber Co., LTD for her personal injuries, pain and suffering, emotional distress, loss of earning capacity, lost wages, medical expenses, loss of services, loss of enjoyment of life together with interest, costs and attorneys fees.

BARBARA A. CRIDER

By her attorney,

Edward C. Bassett, Jr., Esq.
BBO #033060
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581-3941
Phone: (508) 898-1501
Fax: (508) 898-1502

Dated: July 16, 2004

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL OF THE ISSUES**

# EXHIBIT A

OCT-21-2004 13:15 WILSON INS MAIN ST. P.12/16
Case 1:04-cv-12329-NG  Document 1-4  Filed 11/02/2004  Page 8 of 12

# Commonwealth of Massachusetts Motor Vehicle Crash Police Report

| Date of Crash | Time of Crash | City/Town |
|---|---|---|
| 06/02/2004 | 0958 24HR | LITTLETON |

Number Vehicles: 3
Number Injured: 2
Speed Limit: 40
State Police ☐ Local Police ☒ MBTA Police ☐ Other ☐

**AT INTERSECTION:**

| Route# | Direction | Name of Roadway/Street |
|---|---|---|
| | | KING ST |

At

| Route# | Direction | Name of Intersecting Roadway/Street |
|---|---|---|
| | | NEW ESTATE RD |

Also at Intersection with

**NOT AT INTERSECTION:**

Case #: 04-128-AC

---

**Vehicle 1** — #Occupants: 1 — ☐ Hit/Run ☐ Moped

License #: 038449165  St: MA  DOB/Age: 02/14/1960
Sex: F  Lic. Class: D  Lic. Restrictions: 1  CDL Endorsement: —
Operator: MILLER, GERALYN
Address: 21 NEW ESTATE RD
City: LITTLETON  State: MA  Zip: 01460
Insurance Company: COMMERCE INS
Vehicle Travel Direction: N☐ S☐ E☒ W☐
Responding to Emergency? 2
Citation # (If issued): —
Viol. 1: Ch/Sec/Sub __/__
Viol. 2: Ch/Sec/Sub __/__
Viol. 3: Ch/Sec/Sub __/__
Viol. 4: Ch/Sec/Sub __/__

Reg #: 688JGY  Reg Type: PC  Reg State: MA
Veh Year: 2002  Veh Make: TOYOTA  Veh Config: 1
Owner: MILLER, GERALYN
Address: 21 NEW ESTATE RD
City: LITTLETON  State: MA  Zip: 01460
Vehicle Action Prior to Crash: 4
Event Sequence: 1, 1, 22, 22
Most Harmful Event: 1
Driver Contributing Code: 1
Underride/Override: 3  Towed: 1

Damaged Area Code: 2, 10, 9, 5

Operator: See Above

---

**Vehicle 2** — #Occupants: 1 — ☐ Non-Motorist A ☐ Hit/Run ☐ Moped

License #: 857100  St: OT  DOB/Age: 04/15/1974
Sex: M  Lic. Class: A  Lic. Restrictions: 1  CDL Endorsement: —
Operator: GOODINE, JAMES
Address: 628 ROUTE 616
City: KESWICK RIDGE  State: OT  Zip: CANADA
Insurance Company: ROYAL/SUN ALLIANCE
Vehicle Travel Direction: N☐ S☐ E☒ W☐
Responding to Emergency? 2
Citation # (If issued): K4336909
Viol. 1: Ch/Sec/Sub 720 /9.06(7)
Viol. 2: Ch/Sec/Sub 90 /24
Viol. 3: Ch/Sec/Sub __/__
Viol. 4: Ch/Sec/Sub __/__

Reg #: P81852  Reg Type: TL  Reg State: OT
Veh Year: 2004  Veh Make: VOLVO  Veh Config: 10
Owner: DEVON LUMBER CO LTD
Address: 200 GIBSON ST
City: FREDRICTON  State: OT  Zip: CANADA
Vehicle Action Prior to Crash: 1
Event Sequence: 1, 1, 22, 22
Most Harmful Event: 1
Driver Contributing Code: 10, 19
Underride/Override: 2  Towed: 1

Damaged Area Code: 9, 7

Operator/Non-Motorist: See Above

# Commonwealth of Massachusetts
## Motor Vehicle Crash Police Report

| Date of Crash | Time of Crash | City/Town | Number Vehicles | Number Injured | Speed Limit |
|---|---|---|---|---|---|
| 06/02/2004 | 0958 | LITTLETON | 3 | 2 | 40 |

State Police ☐  Local Police ☒  MBTA Police ☐  Other ☐

**AT INTERSECTION:**
- Route/Direction: KING ST (Name of Roadway/Street)
- At: NEW ESTATE RD (Name of Intersecting Roadway/Street)

**NOT AT INTERSECTION:** —

---

**Vehicle 3** — # Occupants: 1

- 04-128-AC
- License #: 025325243  St: MA  DOB/Age: 03/05/1943
- Sex: F  Lic. Class: D  Lic. Restrictions: 1
- Operator: CRIDER, BARBARA A
- Address: 23 SANDRA DR
- City: CHELMSFORD  State: MA  Zip: 01824
- Insurance Company: TRAVELERS INS
- Vehicle Travel Direction: E  Responding to Emergency? 2

- Reg #: H9617  Reg Type: CO  Reg State: MA
- Veh Year: 1992  Veh Make: FORD  Veh Config: 1
- Owner: MUNRO, ESTHER
- Address: 23 SANDRA DR
- City: CHELMSFORD  State: MA  Zip: 01824
- Vehicle Action Prior to Crash: 1
- Event Sequence: 2, 1
- Most Harmful Event: 1
- Driver Contributing Code: 1
- Underride/Override: 3  Towed: 1

Damaged Area Code: (2)

Operator — See Above — 1, 1, 4, 0, 2, 4, 2 — EMERSON HOSPITAL

---

**Vehicle 4** (blank)

### Crash Diagram:

→ = Direction  [1] = Vehicle 1  [2] = Vehicle 2  ⊙ = Pa...

147 King St.

King St.

New Estate Rd.

**If Crash Did Not Occur on a Public Way:**
- ☐ Off-Street Parking Lot
- ☐ Garage
- ☐ Mall/Shopping Center
- ☐ Other Private Way

North

### Crash Narrative:

Vehicle 1 was stopped on King St. with left turn signal on waiting to turn left on New Estate Rd. Vehicle 2 was traveling east on King St. and struck Vehicle 1 from the rear. Vehicle 1 was sent into the west bound side of King St. and struck Vehilce 3 head on. Vehicle 1 came to rest on New Estate Rd. Vehicle 3 spun facing north and was struck again by Vehicle 2 as it passed.

### Witnesses:

| Name (Last,First,Middle) | Address | Phone # | Statement |
|---|---|---|---|
| | | | |
| | | | |

### Property Damage:

| Owner (Last,First,Middle) | Address | Phone # | 34-Type | Description of Damaged Property |
|---|---|---|---|---|
| PONDSIDE APARTMENTS | 147 KING ST LITTLETON MA 01460 | | 97 | LANDSCAPING |
| MASS HIGHWAY | KING RD LITTLETON MA 01460 | | 1 | ROAD SURFACE |

### Truck and Bus Information:

Registration # P81852 (From Vehicle Section)
Carrier Name: Devon Lumber Co. LTD
Address: 200 GIBSON RD    City: FREDRICTON    St: QT    Zip: CANADA
Carrier Issuing Authority Code: 35 [1]
US DOT #: 171018    State Number: ___    Issuing State: ___    ICC #: ___    Interstate: 36 [1]
Cargo Body Type Code: 37 [7]    Gross Vehicle Weight: 38 [3]
Trailer Reg #: THJ911    Reg Type: TL    Reg State: QT    Reg Year: ___    Trailer Length: 39 [3]

Hazmat Information:
Placard: 40 [2]    Material 1 digit #: 41 ___    Material Name: ___    Material 4 digit #: ___    Release code: 42 ___



**Littleton Police Department**
**Incident Report**

Page: 1
06/16/2004

Incident #: 04-351-OF
Call #: 04-5623

```
Date/Time Reported: 06/02/2004 0958
  Report Date/Time: 06/02/2004 1440
            Status: Incident Closed
 Reporting Officer: DETECTIVE JEFFREY PATTERSON
 Approving Officer: SERGEANT ROBERT ROMILLY

         Signature: _____
```

**SUSPECT(S)**     SEX RACE AGE SSN PHONE

GOODINE, JAMES     M W 30 NOT AVAIL
RD ROUTE 615
ISWICK RIDGE OT CANADA

BODY: NOT AVAIL.    COMPLEXION: NOT AVAIL.
DOB: 04/15/1974    PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: OT 857100    ETHNICITY: NOT HISPANIC

**OFFENSE(S)**     A/C STATE LAW

LOCATION TYPE: Highway/Road/Alley/Street    Zone: WEST SECTOR GEO 03
ROADSIDE-AT-LITTLETON
7 KING ST @ 10 NEW ESTATE RD
LITTLETON MA 01460

NEGLIGENT OPERATION OF MOTOR VEHICLE
    OCCURRED: 06/02/2004   0958     C    90     24

FAILURE USE CARE IN STOPPING
    OCCURRED: 06/02/2004   0958     C    720    9.06(7)

**VICTIM(S)**     SEX RACE AGE SSN PHONE

MILLER, GERALYN     F W 44
NEW ESTATE RD
LITTLETON MA 01460
DOB: 02/14/1960

ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident

VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   2
RELATION TO: GOODINE JAMES     Stranger

DER, BARBARA A     F W 61
SANDRA DR
CHELMSFORD MA 01824
DOB: 03/05/1943

ETHNICITY: Not of Hispanic Origin    Injuries
RESIDENT STATUS: Non Resident

VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   2
RELATION TO: GOODINE JAMES Stranger

Littleton Police Department
NARRATIVE FOR DETECTIVE JEFFREY M PATTERSON
Ref: 04-351-OF

Page: 1
06/16/2004

Entered: 06/02/2004 @ 1532     Entry ID: 60JP
Modified: 06/02/2004 @ 1532    Modified ID: 60JP
Approved: 06/03/2004 @ 1227    Approval ID: 29RR

On 06/02/04 I, Jeffrey Patterson, was working a 7a-3p shift assigned to Car 1, a fully marked cruiser. I was [wo]rking with Officer Fernandez and Sgt. Romilly, who was in charge of the shift. I was dispatched to the area of [Kin]g St. and New Estate Rd., both public ways in the Town of Littleton, for a report of a tractor trailer and motor [veh]icle crash.

On my arrival I was met by Lt. King and was advised to shut down King St. I radioed Car 3 and advised [him] to shut down the road at King St. and Murray Park Dr. I then requested dispatch to request an Ayer police [off]icer to close the road at King St. and Ayer Rd., diverting all cars to Taylor St. Lt. King then advised me that [the]re were three vehicles involved in the crash. The operator of MA Reg 688JGY, Miller Geralyn (DOB [..]/14/60) was going to be transported by Westford Fire Ambulance to Lowell General. The operator of MA Reg [..]617, Crider, Barbara (DOB 03/05/04) was going to be transported to Emerson Hospital by Littleton Fire [Am]bulance. Lastly, the operator of the tractor trailer unit New Brunswick, Canada Reg PSI852, Goodine, [Jam]es (DOB 04/15/74) was not injured.

I questioned Goodine as to what happened and he explained he was traveling east on King St. and did not [see] any brake lights, the next thing he knew he hit the car. I asked him what vehicle he struck first and he stated [the] green Taurus (Crider's vehicle). I asked him where the blue minvan came from and he replied "he never saw [it]". I was then able to speak with Miller the operator of the blue minvan. She stated she was traveling east and [came] to a stop with her left turn signal on to turn on to New Estate Rd. Miller explained "she looked in her rear [view] mirror and saw the truck comming right at her and then hit her". I asked her again if the truck hit her and [she] replied "yes, he hit me and sent me into the other lane". I briefly talked to Crider, the operator of the Taurus, [and s]he advised me she was traveling west on King St. just before the accident. She stated she was heading [towa]rds Ayer.

I advised Lt. King of the events and he stated he had dispatch contact the State Police Truck Team and also [the R]econstruction Team. I obtained Goodine's truck log and provided for the trooper when he arrived. The [troop]er from the Truck Team arrived first and examined the log and advised us he would examine the truck once [it was] towed by Coady's Towing. The trooper from the reconstruction Team arrived a short time later and was [advis]ed of the situation.

With that information it was determined an extensive reconstruction would not be necessary. [Vehic]le locations were marked with spray paint if at a later date it became necessary. The vehicles were removed [by Co]ady's Towing and McGloughlin's.

I cited Goodine for failure to use care in stopping CMR 720/9.06 and operating to endanger by negligence [c.89] s.24. Citation number K4336909. Goodine then went with his vehicle and his company had arranged a [re]st for him at a Chelmsford location.

Respectfully Submitted,

Detective Jeffrey Patterson #60