| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: MIDDLESEX |
|---|---|---|
| PLAINTIFF(S) BARBARA A. CRIDER | | DEFENDANT(S) JAMES GOODINE and DEVON LUMBER CO., LTD |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Edward C. Bassett, Jr., Esq. #033060 Mirick, O'Connell, DeMallie & Lougee, LLP 1700 West Park Drive, Westborough, MA 01581-3941 Board of Bar Overseers number: (508) 898-1501 | | ATTORNEY (if known) |

### Origin code and track designation

Place an x in one box only:
[ ] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence – Personal Injury | (F) | (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses ..................................................... $ 37,498.12
2. Total Doctor expenses ...................................................... $ 2,649.00
3. Total chiropractic expenses ................................................ $
4. Total physical therapy expenses ............................................ $
5. Total other expenses (describe) Ambulance – $14,186.87; Apparatus – $34.60 ..... $ 14,221.47
   Subtotal $ 54,368.59

Documented lost wages and compensation to date ................................. $ 11,725.00
Documented property damages to date ........................................... $
Reasonably anticipated future medical and hospital expenses ................... $
Reasonably anticipated lost wages ............................................. $
Other documented items of damages (describe)
                                                                                 $

Brief description of plaintiff's injury, including nature and extent of injury (describe)
Plaintiff sustained collapsed lungs and a compound fracture to the right ankle and is now wheelchair bound, cannot bear weight on her right ankle, may also need a bone graft and needs to be transported by ambulance to and from any location. Her physician has opined that plaintiff should be disabled for at least one year due to these injuries.
                                                                                 $
TOTAL $ 66,093.59

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $ ............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 7/16/04

# CIVIL ACTION COVER SHEET
## INSTRUCTIONS

### SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

**CONTRACT**
- A01  Services, labor and materials  (F)
- A02  Goods sold and delivered  (F)
- A03  Commercial Paper  (F)
- A08  Sale or lease of real estate  (F)
- A12  Construction Dispute  (A)
- A99  Other (Specify)  (F)

**TORT**
- B03  Motor Vehicle negligence-personal injury/property damage  (F)
- B04  Other negligence-personal injury/property damage  (F)
- B05  Products Liability  (A)
- B06  Malpractice-medical  (A)
- B07  Malpractice-other(Specify)  (A)
- B08  Wrongful death, G.L.c.229,s2A  (A)
- B15  Defamation (Libel-Slander)  (A)
- B19  Asbestos  (A)
- B20  Personal Injury-Slip&Fall  (F)
- B21  Environmental  (A)
- B22  Employment Discrimination  (F)
- B99  Other (Specify)  (F)

**REAL PROPERTY**
- C01  Land taking (eminent domain)  (F)
- C02  Zoning Appeal, G.L. c.40A  (F)
- C03  Dispute concerning title  (F)
- C04  Foreclosure of mortgage  (X)
- C05  Condominium lien and charges  (X)
- C99  Other (Specify)  (F)

**EQUITABLE REMEDIES**
- D01  Specific performance of contract  (A)
- D02  Reach and Apply  (F)
- D06  Contribution or Indemnification  (F)
- D07  Imposition of Trust  (A)
- D08  Minority Stockholder's Suit  (A)
- D10  Accounting  (A)
- D12  Dissolution of Partnership  (F)
- D13  Declaratory Judgment G.L.c.231A  (A)
- D99  Other (Specify)  (F)

**MISCELLANEOUS**
- E02  Appeal from administrative Agency G.L. c. 30A
- E03  Action against Commonwealth Municipality, G.L c.258
- E05  All Arbitration
- E07  c.112,s.12S (Mary Moe)
- E08  Appointment of Receiver
- E09  General contractor bond, G.L. c.149,s.29,29a
- E11  Workman's Compensation
- E14  Chapter 123A Petition-SDP
- E15  Abuse Petition, G.L.c.209A
- E16  Auto Surcharge Appeal
- E17  Civil Rights Act, G.L.c.12,s.11H
- E18  Foreign Discovery proceeding
- E96  Prisoner Cases
- E97  Prisoner Habeas Corpus
- E99  Other (Specify)

### TRANSFER YOUR SELECTION TO THE FACE SHEET.

EXAMPLE:

| CODE NO. | TYPE OF ACTION (SPECIFY) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | (F) | ☒ Yes  ☐ No |

### SUPERIOR COURT RULE 29

**DUTY OF THE PLAINTIFF.** The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as necessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).

**DUTY OF THE DEFENDANT.** Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

**A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT, BUFF COLOR PAPER.**

**FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.**