UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 12329 NG

| | |
|---|---|
| BARBARA A. CRIDER,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| JAMES GOODINE and DEVON LUMBER<br>CO., LTD.,<br>      Defendants. | )<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT, DEVON LUMBER CO. LTD.**

1. Defendant, Devon Lumber Co. Ltd., pursuant to Local Rule 7.3(A), identifies the following as a parent corporation:

    H.S. Gill Holdings, Inc.
    200 Gibson Street
    Fredericton, New Brunswick E3A 4E3, Canada

2. Defendant, Devon Lumber Co. Ltd., pursuant to Local Rule 7.3(A), identifies the following as a publicly held company that owns 10% or more of the its stock:

    None.

Respectfully Submitted By,

Counsel for Defendant,
DEVON LUMBER CO. LTD.

/s/ *Thomas C. Federico*

Thomas C. Federico, BBO #160830
**Morrison Mahoney LLP**
250 Summer Street
Boston, MA 02210
Tel. (617) 439-7500

940840v1