UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 12329 NG

| | |
|---|---|
| BARBARA A. CRIDER,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| JAMES GOODINE and DEVON LUMBER<br>CO., LTD.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT, DEVON LUMBER CO., LTD.'S
RULE 26(a)(1) AUTOMATIC DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), defendant, Devon Lumber Co., Ltd. makes the following initial disclosures:

A.   **Name the individuals who are believed to have discoverable information about the claims or defenses.**

   1.   Martin James M. Goodine, 628 Route 616, Keswick Ridge, New Brunswick, Canada.  Subject of information: allegations outlined in plaintiff's Complaint.

   2.   Barbara A. Crider, 23 Sandra Drive, Chelmsford, MA.  Subject of information: allegations outlined in plaintiff's Complaint.

   3.   Geralyn A. Miller, 21 New Estate Road, Littleton, MA.  Subject of information: allegations outlined in plaintiff's Complaint.

   4.   Detective Jeffrey Paterson, Littleton Police Department.  Subject of information: allegations outlined in plaintiff's Complaint.

   5.   Sergeant Robert Romilly, Littleton Police Department.  Subject of information: allegations outlined in plaintiff's Complaint.

   6.   Lieutenant King, Littleton Police Department.  Subject of information: allegations outlined in plaintiff's Complaint.

   7.   Officer Fernandez, Littleton Police Department.  Subject of information: allegations outlined in plaintiff's Complaint.

8.  Harry Gill, President, Devon Lumber Co., Ltd., 200 Gibson Street, Fredericton, New Brunswick, E3A4E3, Canada. Subject of information: Policies and procedures of Devon Lumber Co., Ltd. Training of Devon Lumber Co., Ltd.'s employees. Company history.

B.  **Copy or description of documents that may support claims or defenses.**

1.  Police report.

2.  Littleton Police Department Incident Report dated 6/16/04.

3.  Littleton Police Department Narrative for Detective Jeffrey M. Patterson dated 6/16/04.

4.  Motor Vehicle Crash Operator Report of Martin Goodine dated 6/2/04.

5.  Set of nine photographs taken of the accident scene on 6/18/04. Set of eight photographs taken of the accident scene on a later unknown date.

6.  Five photographs of damaged truck taken on a date unknown after the accident.

C.  **Computation of any category of damages.**

None.

D.  **Insurance Agreement.**

Devon Lumber Co., Ltd. will make all insurance policies providing coverage available for inspection and copying.

        Respectfully Submitted By,
        Counsel for Defendant,
        Devon Lumber Co., Ltd.

        */s/ Thomas C. Federico*

        Thomas C. Federico, BBO #160830
        **Morrison Mahoney LLP**
        250 Summer Street
        Boston, MA  02210
        Tel. (617) 439-7500

940902v1

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with the Fed. R. Civ. P.

                                            */s/ Thomas C. Federico*
                                            _____
                                            Thomas C. Federico

Date: 7 February 2005

940902v1