UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -3  P 2: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

---

BARBARA A. CRIDER,
    Plaintiff

    V.

JAMES GOODINE and DEVON LUMBER
CO., LTD.,
    Defendants

CIVIL ACTION NO. 04 12329 NG

---

## PLAINTIFF'S RULE 35.1 DISCLOSURE OF MEDICAL INFORMATION IN PERSONAL INJURY CASE

The plaintiff, Barbara A. Crider ("Crider"), pursuant to the provisions of Rule 35.1 of the United States District Court Local Rules makes the following disclosures:

1.    <u>Medical Expenses</u>:  Attached hereto as <u>Exhibit A</u> is a medical bill summary for which recovery is sought.  Furthermore, Crider anticipates that recovery will be sought for future medical expenses.

2.    <u>Medical Records</u>:  The defendants may inspect and copy, at the defendants' expense, all non privileged medical records pertaining to the diagnosis, care or treatment of injuries for which recovery is sought at any time convenient to the defendants.  The medical records are currently located at Mirick, O'Connell, DeMallie & Lougee, LLP, 1700 West Park Drive, Westborough, Massachusetts.

BARBARA A. CRIDER

By her attorneys,

Edward C. Bassett, Jr., Esq.
BBO #033060
James A. Wingfield, Esq.
BBO #657561
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
Phone: (508) 898-1501
Fax:    (508) 898-1502

Dated: March 2, 2005

### CERTIFICATE OF SERVICE

I, Edward C. Bassett, Jr., Esq., hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Thomas C. Federico, Esq., Morrison Mahoney, LLP, 250 Summer Street, Boston, MA 02210.

Edward C. Bassett, Jr., Esq.

Dated: March 2, 2005