# MEDICAL BILL SUMMARY

## BARBARA A. CRIDER

### 1. HOME CARE SPECIALISTS

| | | |
|---|---|---|
| | HIP/KNEE KIT W/32" REACHER W/O SEAT | $34.60 |
| | | $34.60 |

### 2. LOWELL GENERAL HOSPITAL

| | | |
|---|---|---|
| 6/2/04 | ER VISIT COMPREHENSIVE | $345.00 |
| | PHARMACY | 41.86 |
| | IV SOLUTIONS | 63.81 |
| | NON STERILE SUPPLY | 42.07 |
| | STERILE SUPPLY | 45.96 |
| | LAB/CHEMISTRY | 78.00 |
| | LAB/HEMOTOLOGY | 198.00 |
| | DX X-RAY | 218.00 |
| | DX X-RAY/CHEST | 624.00 |
| | EMERGENCY ROOM | 685.00 |
| | DRUGS REQUIRING DETAILED CODING | 28.02 |
| | EKG/ECC | 260.00 |
| | | $2,629.72 |

### 3. SAINTS MEMORIAL MEDICAL CENTER

| | | |
|---|---|---|
| 6/5/04 | ABO | $100.00 |
| | LEUKOPOOR RED CELLS | 246.00 |
| | ANTIBODY SCREEN | 87.00 |
| | PHARMACY; FUROSEMIDE | 1.67 |
| | PHARMACY; OXYCODONE | 2.00 |
| | EQUIPMENT RENTAL | 50.00 |
| | RH(D) | 31.00 |
| | X-MATCH; IMMED, SPIN | 176.00 |
| | VENIPUNCTURE | 13.00 |
| | PHARMACY; FUROSEMIDE | 1.67 |
| | LEUKOPOOR RED CELLS | 264.00 |
| 6/6/04 | HCT | 11.00 |
| | HGB | 11.00 |
| | VENIPUNCTURE | 13.00 |
| | | $989.34 |

### 4. TRINITY EMS, INC.

| Date | Description | Amount |
|---|---|---:|
| 6/2/04 | SPECIALTY CARE TRANSPORT | $930.00 |
|  | ALS MILEAGE | 930.00 |
|  | OXYGEN | 110.00 |
|  | MONITOR- CARDIAC | 280.00 |
| 6/5/04 | BLS NON-EMERG BASE RATE | 555.00 |
|  | BLS MILEAGE | 27.00 |
| 6/6/04 | BLS NON-EMERG BASE RATE | 555.00 |
|  | BLS MILEAGE | 27.00 |
|  | OXYGEN | 110.00 |
| 6/8/04 | BLS NON-EMERG BASE RATE | 555.00 |
|  | BLS MILEAGE | 945.00 |
|  | BLS NON-EMERG BASE RATE | 555.00 |
|  | BLS MILEAGE | 945.00 |
| 6/15/04 | BLS NON-EMERG BASE RATE | 555.00 |
|  | BLS MILEAGE | 945.00 |
|  | BLS NON-EMERG BASE RATE | 555.00 |
|  | BLS MILEAGE | 945.00 |
| 6/22/04 | BLS NON-EMERG BASE RATE | 555.00 |
|  | BLS MILEAGE | 864.00 |
|  | BLS NON-EMERG BASE RATE | 555.00 |
|  | BLS MILEAGE | 864.00 |
|  |  | $12,838.00 |

### 5. ANAESTHESIA ASSOC OF MASS

| Date | Description | Amount |
|---|---|---:|
| 6/2/04 | ANESTHESIA | $2,340.00 |
|  |  | $2,340.00 |

### 6. EASCARE AMBULANCE SERVICE

| Date | Description | Amount |
|---|---|---:|
| 6/4/04 | AMBULANCE – BASIC | $300.00 |
|  | MILEAGE | 476.00 |
|  |  | $776.00 |

### 7. LITTLETON FIRE DEPARTMENT

| | | | |
|---|---|---|---|
| 6/2/04 | BLS EMERGENCY BASE RATE | $358.87 | |
| | BLS MILEAGE | 178.80 | |
| | OXYGEN | 35.20 | |
| | | | $572.87 |

### 8. HEALTH NEW ENGLAND REHAB

| | | |
|---|---|---|
| 6/4/04 | ROOM & CARE | $790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| 6/5/04 | ROOM & CARE | 790.00 |
| | EVALUATION 1/4 HR PT | 240.00 |
| | O.T. EVAL 1/4 HR | 240.00 |
| | O.T. EVAL 1/4 HR | 160.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| 6/6/04 | ROOM & CARE | 790.00 |
| | EVALUATION 1/4 HR PT | 320.00 |
| | O.T. EVAL 1/4 HR | 320.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| | CATH LEG STRAP | 7.00 |
| | HAND NEBULIZER | 4.00 |
| | CATH LEG STRAP | 7.00 |
| | 3 IN FOAM CUSHION | 18.00 |
| | LEG BAG | 6.00 |
| | SUTURE REMOVAL KIT | 8.00 |
| | CATH LEG STRAP | 7.00 |
| | NASAL CANNULA | 3.00 |
| | CATH LEG STRAP | 7.00 |
| | UNDERPADS | 7.00 |
| | DRAINAGE BAG | 8.00 |
| | SUTURE REMOVAL KIT | 8.00 |
| 6/7/04 | ROOM & CARE | 790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| | FUNCTION MOBIL/GAT PT1/4 | 120.00 |
| | THER. EXEC/TRAIN PT1/4 | 120.00 |
| | O.T. EVAL 1/4 HR | 320.00 |
| | PHARMACY | 925.00 |

3

|  |  |  |
|---|---|---|
|  | ATTENDS | 15.00 |
|  | SUTURE REMOVAL KIT | 8.00 |
|  | ATTENDS | 15.00 |
|  | PERI WASH | 6.00 |
|  | CATH LEG STRAP | 7.00 |
|  | LEG BAG | 6.00 |
|  | CATH LEG STRAP | 7.00 |
|  | HAND NEBULIZER | 4.00 |
| 6/8/04 | ROOM & CARE | 790.00 |
|  | TELEPHONE | 3.50 |
|  | TV | 1.50 |
|  | FUNCT MOBIL/GAT PT1/4 | 120.00 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | EXER TRAINING 1/4 HR | 240.00 |
|  | PHARMACY | 217.00 |
| 6/9/04 | ROOM & CARE | 790.00 |
|  | TELEPHONE | 3.50 |
|  | TV | 1.50 |
|  | FUNCT MOBIL/GAT PT1/4 | 120.00 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | A.D.L. 1/4 HR | 120.00 |
|  | EQUIP INTERV TX 1/4 HR | 70.00 |
|  | PHARMACY | 287.00 |
| 6/10/04 | ROOM & CARE | 790.00 |
|  | TELEPHONE | 3.50 |
|  | TV | 1.50 |
|  | FUNC MOBIL/GAT PT1/4 | 60.00 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | FUNC MOBIL/GAT PT1/4 | 120.00 |
|  | A.D.L. 1/4 HR | 120.00 |
|  | GROUP TX 1/4HR | 120.00 |
|  | PHARMACY | 251.00 |
| 6/11/04 | ROOM & CARE | 790.00 |
|  | TELEPHONE | 3.50 |
|  | TV | 1.50 |
|  | FUNCT MOBIL/GAT PT1/4 | 120.00 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | A.D.L. 1/4 HR | 180.00 |
|  | GROUP TX 1/4 HR | 120.00 |
|  | PHARMACY | 279.00 |

| Date | Item | Amount |
|---|---|---|
| 6/12/04 | ROOM & CARE | 790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| | THER. EXEC/TRAIN PT1/4 | 120.00 |
| | A.D.L. 1/4 HR | 120.00 |
| 6/13/04 | ROOM & CARE | 790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| 6/14/04 | ROOM & CARE | 790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| | FUNCT MOBIL/GAT PT 1/4 | 120.00 |
| | A.D.L. 1/4 HR | 120.00 |
| | PHARMACY | 862.00 |
| 6/15/04 | ROOM & CARE | 790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| | FUNCT MOBIL/GAT PT1/4 | 60.00 |
| | PHARMACY | 250.57 |
| 6/16/04 | ROOM & CARE | 790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| | FUNCT MOBIL/GAT PT1/4 | 120.00 |
| | THER. EXEC/TRAIN PT1/4 | 120.00 |
| | A.D.L. 1/4 HR | 120.00 |
| | GROUP TX 1/4HR | 120.00 |
| | PHARMACY | 260.00 |
| 6/17/04 | ROOM & CARE | 790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| | FUNCT MOBIL/GAT PT1/4 | 120.00 |
| | THER. EXEC/TRAIN PT1/4 | 120.00 |
| | A.D.L. 1/4 HR | 120.00 |
| | GROUP TX 1/4 HR | 80.00 |
| | PHARMACY | 343.00 |
| 6/18/04 | ROOM & CARE | 790.00 |
| | TELEPHONE | 3.50 |
| | TV | 1.50 |
| | FUNCT MOBIL/GAT PT1/4 | 60.00 |

|  |  |  |
|---|---|---|
|  | THER. EXEC/TRAIN PT1/4 | 60.00 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | FUNCT MOBIL/GAT PT1/4 | 240.00 |
|  | A.D.L. 1/4 HR | 120.00 |
|  | A.D.L. 1/4 HR | 120.00 |
|  | PHARMACY | 292.00 |
| 6/19/04 | ROOM & CARE | 790.00 |
|  | TELEPHONE | 3.50 |
|  | TV | 1.50 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | A.D.L. 1/4 HR | 120.00 |
| 6/20/04 | ROOM & CARE | 790.00 |
|  | TELEPHONE | 3.50 |
|  | TV | 1.50 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | A.D.L. 1/4 HR | 120.00 |
| 6/21/04 | ROOM & CARE | 790.00 |
|  | TELEPHONE | 3.50 |
|  | TV | 1.50 |
|  | FUNCT MOBIL/GAT PT 1/4 | 120.00 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | EQUIP INTER/TX 1/4 HR | 70.00 |
|  | A.D.L. 1/4 HR | 300.00 |
|  | GROUP TX 1/4 HR | 120.00 |
|  | PHARMACY | 1,363.00 |
| 6/22/04 | ROOM & CARE | 790.00 |
|  | TELEPHONE | 3.50 |
|  | TV | 1.50 |
|  | FUNCT MOBIL/GAT PT1/4 | 120.00 |
|  | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | EXER TRAINING 1/4HR | 120.00 |
|  | PHARMACY | 496.00 |
| 6/23/04 | THER. EXEC/TRAIN PT1/4 | 120.00 |
|  | FUNCT MOBIL/GAT PT1/4 | 60.00 |
|  | A.D.L. 1/4 HR | 120.00 |
|  | PHARMACY | 1,010.00 |
|  |  | $30,041.11 |

{H:\PA\Lit\19444\00001\A0717762.DOC}

### 9. BOSTON UNIVERSITY MED CTR RAD

| | | |
|---|---|---|
| 6/2/04 | CT CORONAL SAGITTAL | $25.00 |
| | CT SCAN C SPINE W/O | 164.00 |
| | CT SCAN OF HEAD W/O | 120.00 |
| | CT SCAN THORAX WITH | 176.00 |
| | CT SCAN ABDOMEN WITH | 180.00 |
| | CT PELVIS W-CNT | 155.00 |
| | CT CORONAL SAGITTAL | 25.00 |
| | KNEE 2 VIEWS | 25.00 |
| | FOOT 2 VIEWS | 23.00 |
| | ANKLE 3 VIEWS | 25.00 |
| | TIBIA & FIBULA 2 VIEW | 25.00 |
| | PELVIS | 25.00 |
| 6/3/04 | ANKLE 2 VIEWS | 23.00 |
| 6/4/04 | LUNG PERFUSION W/VEN | 155.00 |
| 6/8/04 | ANKLE 3 VIEWS | 25.00 |
| 6/22/04 | ANKLE 3 VIEWS | 25.00 |
| 7/6/04 | ANKLE 3 VIEWS | 25.00 |
| 7/12/04 | ANKLE 3 VIEWS | 25.00 |
| | CHEST, PA | 25.00 |
| | | $1,271.00 |

### 10. LLC OF NASHOBA VALLEY

| | | |
|---|---|---|
| 6/23/04 TO 6/30/04 | ROOM & CARE (8 DAYS) | $3,440.00 |
| | PHARMACY – LOVENOX | 247.67 |
| | PHARMACY – VANCOMYCIN | 150.28 |
| | | $3,837.95 |

### 11. CVS PHARMACY

| | | |
|---|---|---|
| 7/15/04 | RX ITEM 0047945600 | $120.00 |
| | | $120.00 |

### 12. ALTERNATIVE CARE PROVIDERS

| | | |
|---|---|---|
| 7/9/04 | 16" CRAB BAR/INSTALLATION | $103.35 |
| 8/12/04 | RETURN W/C | 60.00 |
| | | $163.35 |

### 13. FALLON COMMUNITY HEALTH PLAN

| | | |
|---|---|---|
| 6/2/04 | DR. CARRION – INTERPRETATION ELECTROCARDIOGRAM | $23.24 |
| | COMM RAD/X-RAY ANKLE | 25.00 |
| | COMM RAD/CHEST X-RAY | 28.00 |
| | COMM RAD/CHEST X-RAY | 28.00 |
| | EMERSON HOSPITAL/AMBULANCE | 275.00 |
| | DR. P. BURKE – CONSULT | 253.00 |
| | DR. WILLIAM CREEVY - SURGERY | 2,121.35 |
| | DR. G. BAREST – CT SCAN | 164.00 |
| | DR. G. BAREST – CT SCAN | 120.00 |
| 6/3/04 | DR. R. FALK – INTERPRETATION ELECTROCARDIOGRAM | 12.58 |
| | DR. R. FALK – INTERPRETATION ELECTROCARDIOGRAM | 12.58 |
| 6/7/04-6/15/04 | DR. S. SENNO – HOSPITAL CARE | 690.00 |
| 6/16/04-6/21/04 | DR. S. SENNO – HOSPITAL CARE | 375.00 |
| 6/23/04 | DR. D. SIDEBOTTOM – NURSING HOME VS | 71.00 |
| | DR. D. LYONS – HOSPITAL CARE | 50.00 |
| 6/26/04 | ACTON MED – NURSING HOME VISIT | 160.67 |
| 7/1/04-7/6/04 | LIFE CARE CENTER – DRUGS | 2,150.00 |
| 7/5/04 | ACTON MED ASSOC – NURSING HOME VS | 54.79 |
| 7/6/04 | DR. S. POLLACK – X-RAY ANLKE | 50.00 |
| | MEDSTAR AMBULANCE – AMBULANCE | 1,375.00 |

{H:\PA\Lit\19444\00001\A0717762.DOC}

| Date | Description | Amount | |
|---|---|---|---|
| 7/8/04 | BYRAM HEALTHCARE – SUPPLIES | 7.80 | |
| 7/10/04 | MEDSTAR AMBULANCE – AMBULANCE | 665.00 | |
| | TERRY DAVIES NP – EXPANDED ER | 160.00 | |
| 7/13/04-7/22/04 | CRITICAL CARE SYSTEM – HOME INFUSION | 882.48 | |
| | MEDSTAR AMBULANCE – AMBULANCE | 692.00 | |
| 7/20/04 | MEDSTAR AMBULANCE – AMBULANCE | 1,402.00 | |
| 7/22/04 | DR. GU – ANESTHESIA | 273.00 | |
| | DR. BROWN – REMOVAL EXTERNAL FIXATION | 1,976.00 | |
| | MEDSTAR AMBULANCE – AMBULANCE | 1,303.00 | |
| 7/14/04-7/29/04 | VNA – SKILLED NURSING | 1,213.50 | |
| 8/3/04 | DR. FOLEH – PHYSICIAN CERTIFICATION | 103.58 | |
| 8/4/04-8/13/04 | VNA – SKILLED NURSING | 226.50 | |
| 8/31/04 | DR. J. VARGHESE – X-RAY ANKLE | 25.00 | |
| 9/3/04 – 9/8/04 | VNA – SKILLED NURSING | 228.00 | |
| 10/3/04 – 11/2/04 | MEDI RENTS INC. – WHEELCHAIR | 95.85 | |
| 10/12/04 | DR. W. CREEVY – OFFICE VISIT | 57.51 | |
| | | | $17,355.43 |

### 14. MEDSTAR AMBULANCE, INC.

| Date | Description | Amount | |
|---|---|---|---|
| 6/29/04 | NONEMERGENCY BLS | $450.00 | |
| | MILEAGE BLS | 629.00 | |
| | NONEMERGENCY BLS | 45.00 | |
| | MILEAGE BLS | 629.00 | |
| | | | $2,158.00 |

{H:\PA\Lit\19444\00001\A0717762.DOC}

### 15. BOSTON MEDICAL CENTER

| Date | Description | Amount |
|---|---|---|
| 6/2/04 | MED INTERMED ICU 5W | $844.00 |
| | LOCM 300 399 MGS IODINE | 396.00 |
| | RBC:LEU-RED | 244.00 |
| | ORKIT, BMC LOW EXTREMITY | 195.00 |
| | FIXATOR, EXT, LOWER LEG | 3,051.00 |
| | OXYGEN | 56.00 |
| | TAB; ACETAMINOPHEN | 1.25 |
| | INJ; GENTAMICIN | 11.00 |
| | MAIN O/R | 12,500.00 |
| | COLL BLD BY VENIPUNCTUR | 28.00 |
| | ART PUNCTURE | 151.00 |
| | OR ANESTHESIA CHG | 3,760.00 |
| | PACU; PHASE 1 | 658.00 |
| | CT, HEAD/BRAIN; W/O | 3,529.00 |
| | CT THORAX | 1,894.00 |
| | CT, C SPINE W/O | 1,854.00 |
| | PELVIS 1-2V | 225.00 |
| | CT, PELVIS | 2,475.00 |
| | KNEE 1-2V | 409.00 |
| | TIBIA & FIBULA 2V | 388.00 |
| | ANKLE; COMP 3/+V | 598.00 |
| | FOOT; 2V | 308.00 |
| | CT, ABD W/ | 4,065.00 |
| | CT 3D/CARON/SAGIT/OBLIQ | 646.00 |
| | BASIC METABOLIC PANEL | 171.00 |
| | HEPATIC FUNCTION PANEL | 191.00 |
| | DRUG SCR, QL MULT CLASS | 119.00 |
| | DRUG SCR, QL; 1 CLASS, EA | 66.00 |
| | AMYLASE | 44.00 |
| | CALCIUM; IONIZED | 92.00 |
| | CREATINE KINASE | 16.00 |
| | CREATINE KINASE | 19.00 |
| | GASES BLD, ANY COMB 2+ | 128.00 |
| | GLUC; QN, BLD | 26.00 |
| | POTASSIUM; SER | 46.00 |
| | SODIUM; SER | 32.00 |
| | TROPONIN; QN | 61.00 |
| | HEMOGLOBIN | 18.00 |
| | CBC, AUTO | 29.00 |
| | PROTHROMBIN TIME | 19.00 |
| | PART THROM (TPP) PLAS/WB | 30.00 |
| | AB SCR, RBC, EA SER TECH | 61.00 |
| | BLD TYPE; ABO | 39.00 |

|         |                          |        |
|---------|--------------------------|-------:|
|         | BLD TYPE; HR(D)          | 39.00  |
|         | COMPAT; EA; IMMED SPIN   | 316.00 |
|         | IV INFUSION; 1ST HR | 198.00 |
|         | THER/DX INJ; IV          | 160.00 |
|         | VITAL CAPACITY, TOT      | 328.00 |
|         | EAR/PULSE OX; MULT       | 106.00 |
|         | ED VISIT DETAILED/MOD    | 638.00 |
| 6/3/04  | MED INTERMED ICU 5W      | 844.00 |
|         | OXYGEN                   | 122.00 |
|         | OXYGEN                   | 56.00  |
|         | DAILY PHARMACY CHARGE    | 849.89 |
|         | TAB; ACETAMIN/OXYCOD     | 2.50   |
|         | TAB; ASPIRIN             | 1.25   |
|         | TAB; ATENOLOL            | 1.25   |
|         | TAB; ATORVASTATIN        | 8.61   |
|         | INJ; FENTANYL            | 8.80   |
|         | INJ; FENTANYL            | 1.43   |
|         | RTU; CEFAZOLIN           | 44.95  |
|         | IVSOL;D 5% WATER         | 3.59   |
|         | IVSOL; D 5% WATER        | 19.80  |
|         | CAP; DOCUSATE            | 1.25   |
|         | INJ; ENOXAPARIN          | 78.04  |
|         | INJ; FUROSEMIDE          | 3.56   |
|         | RTU; GENTAMICIAN         | 25.52  |
|         | PACKET; NEURA PHOS       | 1.58   |
|         | IV ADMIXTURE FEE         | 10.00  |
|         | INJ; PROPOFOL            | 61.49  |
|         | TAB; RANITIDINE          | 2.50   |
|         | TAB; SENNA               | 1.25   |
|         | INJ; VANCOMYCIN          | 21.14  |
|         | RTU; VANCOMYCIN          | 34.40  |
|         | IVSOL; NACL              | 4.95   |
|         | PORT CHEST; 1V           | 128.00 |
|         | PORT ANKLE; 2V           | 409.00 |
|         | CT, LE; W/O              | 801.00 |
|         | FLUO, NON-CARDIAC        | 470.00 |
|         | COMP METABOLIC PANEL     | 346.00 |
|         | CALCIUM; IONIZED         | 92.00  |
|         | CREATINE KINASE          | 32.00  |
|         | CREATINE KINASE          | 38.00  |
|         | GASES, BLD, ANY COMB     | 128.00 |
|         | GLUC; QN, BLD            | 26.00  |
|         | PHOSPHORUS INORGANIC     | 16.00  |
|         | POTASSIUM; SER           | 46.00  |

11

|  |  |  |
|---|---|---|
|  | SODIUM; SER | 32.00 |
|  | TROPONIN; QN | 61.00 |
|  | HEMOGLOBIN | 18.00 |
|  | CBC, AUTO W/AUTO DIFF | 36.00 |
|  | EKG, ROUT 12 LEAD; TRACIN | 50.00 |
|  | VITAL CAPACITY, TOT | 328.00 |
| 6/4/04 | OXYGEN | 122.00 |
|  | TC99M ALBUMIN AGGREGAT/ | 39.00 |
|  | XENON133/10 | 82.00 |
|  | DAILY PHARMACY CHARGE | 573.73 |
|  | TAB; ACETAMIN/OXYCOD | 5.00 |
|  | TAB; ASPIRIN | 1.25 |
|  | TAB; ATENOLOL | 1.25 |
|  | RTU; CEFAZOLIN | 26.97 |
|  | IVSOL; D 5% WATER | 14.85 |
|  | CAP; DOCUSATE | 1.25 |
|  | INJ; ENOXAPARIN | 78.04 |
|  | RTU; GENTAMICIN | 25.52 |
|  | TAB; MAG OXIDE | 1.25 |
|  | PACKET; NEURA PHOS | 3.16 |
|  | IV ADMIXTURE FEE | 5.00 |
|  | PACKET; POTASSIUM CL | 1.25 |
|  | TAB; RANITIDINE | 1.25 |
|  | CAP; VALSARTAN | 5.23 |
|  | PULM PERF IM, PAR; RE&WAS | 701.00 |
|  | BASIC METABOLIC PANEL | 171.00 |
|  | CALCIUM; IONIZED | 46.00 |
|  | GASES, BLD, ANY COMB | 64.00 |
|  | GLUC; QN, BLD | 13.00 |
|  | MAGNESIUM | 40.00 |
|  | PHOSPHORUS INORGANIC | 16.00 |
|  | POTASSIUM; SER | 23.00 |
|  | SODIUM; SER | 16.00 |
|  | HEMOGLOBIN | 9.00 |
|  | CBC, AUTO W/AUTO DIF | 36.00 |
|  | PHYS THER, EVAL (60) | 271.00 |
|  | OCC THER EVAL (60) | 299.00 |
|  | THER PROC EA15; EXT, STR/R | 348.00 |
|  | THER ACT, DIR, EA15 | 450.00 |
| 6/8/04 | ANKLE; COMP 3/+V | 598.00 |
|  | SURGICAL F/U PROB FOCUS | 130.00 |
| 6/15/04 | SURGICAL F/U PROB FOCUS | 130.00 |

| Date | Description | Amount |
|---|---|---|
| 6/22/04 | ANKLE; COMP 3/+V | 598.00 |
| | SURGICAL F/U PROB FOCUS | 130.00 |
| 6/29/04 | SURGICAL F/U PROB FOCUS | 130.00 |
| 7/6/04 | ANKLE; COMP 3/+V | 598.00 |
| | SURGICAL F/U EXPAND PRO | 161.00 |
| 7/10/04 | SURGICAL 7E | 781.00 |
| | DAILY PHARMACY CHARGE | 100.39 |
| | TAB; ACETAMINOPHEN | 1.25 |
| | TAB; ACETAMIN/OXYCOD | 1.25 |
| | TAB; ATORVASTATIN | 8.61 |
| | IVSOL; D 5% WATER | 3.59 |
| | CAP; DOCUSATE | 1.25 |
| | INJ; ENOXAPARIN | 78.04 |
| | TAB; RANITIDINE | 1.25 |
| | TAB; SENNA | 1.25 |
| | TAB; ZOLPIDEM | 7.28 |
| | RTU; VANCOMYCIN | 34.40 |
| | CAP; VALSARTAN | 5.23 |
| | COLL BLD BY VENIPUNCTURE | 5.23 |
| | BASIC METABOLIC PANEL | 171.00 |
| | GLUCOMETER | 28.00 |
| | CBC, AUTO W/AUTO DIFF | 36.00 |
| | PROTHROMBIN TIME | 19.00 |
| | PART THROM (PTT); PLAS/WB | 30.00 |
| | VITAL CAPACITY, TOT | 164.00 |
| | EAR/PULSE OX; SING | 56.00 |
| | EXPCARE COMPRE/HIGH | 1,005.00 |
| 7/11/04 | SURGICAL 7E | 781.00 |
| | DAILY PHARMACY CHARGE | 18.39 |
| | TAB; ACETAMIN/OXYCOD | 2.50 |
| | TAB; ASPIRIN | 1.25 |
| | TAB; ATENOLOL | 1.25 |
| | TAB; ATORVASTATIN | 8.61 |
| | IVSOL; D 5% WATER | 3.59 |
| | CAP; DOCUSATE | 2.50 |
| | INJ; ENOXAPARIN | 78.04 |
| | TAB; RATINIDE | 2.50 |
| | TAB; SENNA | 1.25 |
| | TAB; ZOLPIDEM | 7.28 |
| | RTU; VANCOMYCIN | 34.40 |

|         |                           |          |
|---------|---------------------------|----------|
|         | CAP; VALSARIN             | 5.23     |
|         | VITAL CAPACITY, TOT       | 5.23     |
| 7/12/04 | SURGICAL 7E               | 781.00   |
|         | DAILY PHARMACY CHARGE     | 100.13   |
|         | TAB; ACETAMIN/OXYCOD      | 2.50     |
|         | TAB; ASPIRIN              | 1.25     |
|         | TAB; ATENOLOL             | 1.25     |
|         | TAB; ATORVASTATIN         | 8.61     |
|         | IVSOL; D 5% WATER         | 3.59     |
|         | CAP; DOCUSATE             | 2.50     |
|         | INJ; ENOXAPARIN           | 78.04    |
|         | TAB; LORAZEPAM            | 1.25     |
|         | TAB; SENNA                | 1.25     |
|         | TAB; ZOLPIDEM             | 7.28     |
|         | RTU; VANCOMYCIN           | 34.40    |
|         | CAP; VALSARTAN            | 5.23     |
|         | PORT CHEST; 1V            | 128.00   |
|         | ANKLE; COMP 3/+V          | 598.00   |
|         | VANCOMYCIN, QN            | 41.00    |
|         | URINALYSIS, AU W/MICRO    | 35.00    |
|         | CULT, BAC; BLD, AER W/ISO&| 88.00    |
|         | UR CULT; QN, COLONY CT    | 39.00    |
| 7/13/04 | DAILY PHARMACY CHARGE     | 91.48    |
|         | TAB; ACETAMIN/OXYCOD      | 2.50     |
|         | TAB; ASPIRIN              | 1.25     |
|         | TAB; ATENOLOL             | 1.25     |
|         | TAB; PROETHAZINE          | 2.50     |
|         | IVSOL; D 5% WATER         | 14.36    |
|         | CAP; DOCUSATE             | 1.25     |
|         | INJ; ENOXAPARIN           | 78.04    |
|         | TAB; LORAZEPAM            | 2.50     |
|         | IV ADMIXTURE FEE          | 20.00    |
|         | TAB; RANITIDINE           | 1.25     |
|         | INJ; VANCOMYCIN           | 169.12   |
| 7/22/04 | ORKIT, HP UROLOGY         | 243.00   |
|         | OXYGEN                    | 56.00    |
|         | DAILY PHARMACY CHARGE     | 567.00   |
|         | TAB; ACETAMIN/OXYCOD 3    | 1.25     |
|         | INJ; FENTANYL             | 1.43     |
|         | INJ; PROPOFOL             | 61.49    |
|         | MAIN OR                   | 1,875.00 |
|         | OR ANESTHESIA             | 564.00   |

|         |                          |         |            |
|---------|--------------------------|---------|------------|
|         | PACU; PHASE 1            | 470.00  |            |
|         | PACU; PHASE 2            | 100.00  |            |
|         | PACU; PHASE 3            | 50.00   |            |
|         | PORT ANKLE 2 V           | 50.00   |            |
|         | FLUO, NON-CARDIAC        | 470.00  |            |
| 8/3/04  | ANKLE; COMP              | 598.00  |            |
|         | SURGICAL FU BRIEF        | 96.00   |            |
| 8/31/04 | EXP; CASTSUPP; SHORT LEG | 136.00  |            |
|         | EXP;APP SORT LEG CAST    | 190.00  |            |
|         | ANKLE; COMP              | 598.00  |            |
|         | SURGICAL FU BRIEF        | 96.00   |            |
|         |                          |         | $65,109.58 |

### 16. BOSTON UNIVERSITY ORTHOPAEDIC

| | | | |
|---|---|---|---|
| 6/2/04 | 29827 | $5,469.00 | |
| | 11012 51 | 2,100.00 | |
| | 20692 59 | 1,761.00 | |
| 7/22/04 | 20694 58 | 1,976.00 | |
| 11/16/04 | EXAM ESTAB. PATIENT LEVEL I | 118.00 | |
| 12/14/04 | EXAM ESTAB. PATIENT BRIEF | 79.00 | |
| | | | $11,503.00 |

### 17. GREATER LOWELL PSYCH ASSOC

| | | | |
|---|---|---|---|
| 6/9/04 | PSYCHIATRIC DIAGNOSTIC INTERVIEW | $305.00 | |
| 6/10/04 | PSYCHOTHERAPY 45-50 MINUTES W/MED | 180.00 | |
| 6/15/04 | PSYCHOTHERAPY 45-50 MINUTES W/MED | 180.00 | |
| 6/18/04 | PSYCHOTHERAPY 45-50 MINUTES W/MED | 180.00 | |
| 6/23/04 | PSYCHOTHERAPY 45-50 MINUTES W/MED | 180.00 | |
| | | | $1,025.00 |

15

{H:\PA\Lit\19444\00001\A0717762.DOC}

### 18. BOSTON EMERG PHYS FOUNDATION

| | | |
|---|---|---|
| 6/2/04 | EXAM COMPREHENSIVE/ED | $304.00 |
| 7/10/04 | EMERGENCY ROOM VISIT | 160.00 |
| | | $464.00 |

### 19. GENERATIONS CONSULTANTS, INC.

| | | |
|---|---|---|
| 10/20/04 | PHYSICAL THERAPY EVALUATION | $150.00 |
| 10/22/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 10/25/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 10/27/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 10/29/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/1/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/2/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/8/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/10/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/12/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/15/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/19/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/22/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/24/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 11/29/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 12/1/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 12/3/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |
| 12/6/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 |

{H:\PA\Lit\19444\00001\A0717762.DOC}

| Date | Description | Amount | |
|---|---|---|---|
| 12/8/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 | |
| 12/10/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 | |
| 12/13/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 | |
| 12/17/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 | |
| 12/20/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 | |
| 12/29/04 | PHYSICAL THERAPY FOLLOW UP | 100.00 | |
| | | | $2,450.00 |
| **TOTAL:** | | | **$155,736.46** |

{H:\PA\Lit\19444\00001\A0717762.DOC}