UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BARBARA A. CRIDER,
    Plaintiff

V.

JAMES GOODINE and DEVON LUMBER
CO., LTD.,
    Defendants

CIVIL ACTION NO. 04 12329 NG

**INITIAL DISCLOSURE OF PLAINTIFF PURSUANT TO
RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The plaintiff, Barbara A. Crider ("Plaintiff"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure hereby makes the following initial disclosures to the defendants, James Goodine and Devon Lumber Co., Ltd. ("Defendant").

A.    **Individuals who are likely to have discoverable information include the following:**

The following individuals may have information related to the happening of the accident:

1. James Goodine
   628 Route 616
   Kenswich Ridge
   New Bruswick, Canada

2. Geralyn Miller
   21 New Estate Road
   Littleton, MA 01460

3. Trooper John Bibeau
   Massachusetts State Police

4. Detective Jeffery Patterson
   Littleton Police Department

5. Frank Murphy
   44 Park Street
   Ayer, MA

6. Mr. and Mrs. Sherman Primmaman
   22 Algonquin Road
   Chelmsford, MA 01824

7. Margaret Keohane
   20 Sandra Drive
   Chelmsford, MA 01824

8. Jean Stewart
   20 Warren Street
   Littleton, MA 01460

9. Janice Knox
   Kimball Street
   Littleton, MA 01460

10. Barbara Eskeland
    267 King Street
    Littleton, MA 01460

11. Frank and Kristen Murphy
    39 Britt Lane
    Groton, MA

12. Adam and Karen Lougee
    Partridge Way
    Shelburne, VT

The following individuals may have information related to Barbara Crider's injuries and/or recovery therefrom:

13. William R. Creevy, M.D.
    Boston Medical Center
    850 Harrison Avenue, 3rd Floor
    Boston, MA 02118

14. Keeper of Records
    Trinity EMS Incorporated
    P.O. Box 187
    Lowell, MA 01853

15. Keeper of Records
    Boston Medical Center
    1 Boston Medical Center Place
    Boston, MA 02118

16. Keeper of Records
    Saints Memorial Medical Center
    1 Hospital Drive
    Lowell, MA 01852

17. Keeper of Records
    New England Rehabilitation Hospital
    2 Rehabilitation Way
    Woburn, MA 01801

18. Keeper of Records
    Lowell General Hospital
    295 Barnum Avenue
    Lowell, MA 01854

19. Keeper of Records
    Town of Littleton Fire Department
    Ambulance
    20 Foster Street
    Littleton, MA 01460

20. Daniel Gale, M.D.
    Lowell General Hospital
    Imaging Services and Satellites
    295 Barnum Avenue
    Lowell, MA 01854

21. Clyde Wendall Smith, M.D.
    Lowell General Hospital
    Emergency Department
    295 Barnum Avenue
    Lowell, MA 01854

22. Zaheer Ahmed, M.D.
    NE Rehabilitation Hospital
    220 Pawtucket Street
    Lowell, MA 01854

23. Sandra Senno, M.D.
    NE Rehabilitation Hospital
    220 Pawtucket Street
    Lowell, MA 01854

24. Paul Menitoff, M.D.
    9 Acton Road
    Chelmsford, MA 01824

25. Medical Personnel at the Boston Medical Center, including but not limited to the following individuals:

    a. Peter A. Brook, M.D.

    b. William R. Creavey, M.D.

    c. Prasanthi Ramanujam, M.D.

    d. Brian Lucey, M.D.

    e. Jennifer McLevy, M.D.

    f. Sydney Pollack, M.D.

    g. Seth Levitz, M.D.

    h. Victor Lee, M.D.

    i. Babak Khademi, M.D.

    j. Manuel S. Raagas, M.D.

    k. Lisa McKinney, PT

    l. Crystal Skinner, OT

    m. Christopher Emond, M.D.

    n. Scott Prushik, M.D.

    o. Peter Burke, M.D.

    p. Michael Gee, M.D.

26. Damien Folch, M.D.
    35 A Village Square
    Chelmsford, MA 01824

27. Keeper of Records
    EaseCare Ambulance Service
    500 Neponset Avenue
    Dorchester, MA 02122

28. Keeper of Records
    LLC of Nashoba Valley
    191 Foster Street
    Littleton, MA 01460

29. Keeper of Records
    Medstar Ambulance Inc.
    P.O. Box 1211
    Berlin, MA 01503

30. Keeper of Records
    Greater Lowell Phys.
    9 Acton Road
    Chelmsford, MA 01824

31. Keeper of Records
    Generations Consultants, Inc.
    10 Research Place
    Suite 204
    North Chelmsford, MA 01824

B. **Documents and Tangible Items**

A description by category of documents and tangible things relevant to the disputed facts and in the possession, custody or control of plaintiff are as follows:

(1) Medical Records previously produced.

(2) Accident Reports, Littleton Police Department.

(3) Incident Report of Massachusetts State Police.

(4) Photographs of the scene.

(5) Photographs of Ms. Crider's injuries.

C.   **Damages**

Ms. Crider's medical expenses currently total $155,736.46. However, Ms. Crider has not yet completed her medical treatment. Ms. Crider will update this section after she completes her medical treatment.

D.   **Lost Wages**

Ms. Crider currently has a permanent partial disability and she has not yet been able to return to work on a full time basis. At the time of the injuries her earning capacity per year was in excess of $87,000.00.

E.   **Total Claim Damages**

According to the medical bills received to date and just one year of lost income, Ms. Crider's economic damages would now be in excess of $242,836.46. In addition, Ms. Crider reasonably anticipates future medical expense and future loss of earning capacity in an amount that is currently unknown. These figures will be updated seasonably and periodically. Furthermore, Ms. Crider will prepare a list of other expenses as soon as all of this information is available.

BARBARA A. CRIDER

By her attorneys,

Edward C. Bassett, Jr., Esq.
BBO #033060
James A. Wingfield, Esq.
BBO #657561
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
Phone: (508) 898-1501
Fax:   (508) 898-1502

Dated: April 8, 2005