UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA A. CRIDER,<br>Plaintiff<br><br>V.<br><br>JAMES GOODINE and DEVON LUMBER CO., LTD.,<br>Defendants | CIVIL ACTION NO. 04 12329 NG |

**PLAINTIFF, BARBARA A. CRIDER'S RESPONSE TO DEFENDANT, JAMES GOODINE'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Request No. 1. All your Federal and State Income Tax Returns, including copies of all W-2 forms, schedules and attachments for the three years preceding the date of the incident through the present.

Response No. 1. Objection. The plaintiff, Barbara A. Crider, objects to this request in that it seeks documents which are privileged. Documents comprising state income tax returns are privileged. Leave v. Boston Elevated Railway Co., 306 Mass. 391, 398-403, 28 N.E. 2d 483, 487-489 (1940). Documents comprising federal income tax returns enjoy a qualified privilege. 26 USC 6103 Without waiving this objection, the plaintiff agrees to produce copies of her W-2 forms for the three years preceding the date of the incident through the present. Copies are attached as Exhibit A.

Request No. 2. All documents evidencing the dates, if any, which you were unable to work and/or attend school as a result of the alleged incident and the earnings which you lost as a result of your absence.

Response No. 2. See medical records and hospital records previously produced. See also the plaintiff's answers to the interrogatories for details concerning dates of disability as well as her loss of earnings.

{H:\PA\Lit\19444\00001\A0747802.DOC}

Request No. 43. All estimates, bills, or appraisals of any damage to any vehicle involved in the subject accident.

Response No. 43. The plaintiff has no such documents.

Request No. 44. Any and all appraisals, invoices, estimates, bills, photographs, and any other documents regarding any claim for property damage, including loss of use.

Response No. 44. The plaintiff has no such documents.

Request No. 45. All documents not previously requested in the above requests, which support your allegation contained in Paragraph 8 of your Complaint.

Response No. 45. The plaintiff objects to this request, as it is vague and overly broad.

Request No. 46. All documents not previously requested in the above requests, which support your allegation contained in Paragraph 13 of your Complaint.

Response No. 46. The plaintiff objects to this request, as it is vague and overly broad.

Request No. 47. All documents not previously requested in the above requests, which support your allegation contained in Paragraph 14 of your Complaint.

Response No. 47. The plaintiff objects to this request, as it is vague and overly broad.

Request No. 48. All documents not previously requested in the above requests, which support your allegation contained in Paragraph 18 of your Complaint

Response No. 48. The plaintiff objects to this request as it is vague and overly broad.

BARBARA A. CRIDER

By her attorneys,

*Edward C. Bassett Jr.*
Edward C. Bassett, Jr., Esq.
BBO #033060
James A. Wingfield, Esq.
BBO #657561
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581-3941
Phone: (508) 898-1501
Fax:   (508) 898-1502

Dated: August 4, 2005