UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA A. CRIDER,<br>    Plaintiff<br><br>V.<br><br>JAMES GOODINE and DEVON LUMBER CO., LTD.,<br>    Defendants | CIVIL ACTION NO. 04 12329 NG |

## PLAINTIFF, BARBARA A. CRIDER'S MOTION TO RESCHEDULE STATUS CONFERENCE

The plaintiff respectfully requests that the Status Conference presently scheduled for Thursday, March 2, 2006 be rescheduled for Friday, March 17, 2006 at 2:30 p.m.

As a basis for this motion the plaintiff states that the Status Conference had been scheduled for March 1, 2006. Recently, the Court rescheduled the Conference for March 2, 2006. Plaintiff's counsel was available for March 1, 2006, but he has a scheduling conflict for the new date of March 2, 2006.

Defense counsel is available on March 17, 2006 at 2:30 p.m.

Wherefore, the plaintiff and defendants respectfully request that the Status Conference be rescheduled for March 17, 2006 at 2:30 p.m.

2

BARBARA A. CRIDER

By her attorney,

/s/ Edward C. Bassett, Jr.
Edward C. Bassett, Jr., Esq.
BBO #033060
ecbassett@modl.com
James A. Wingfield, Esq.
BBO #657561
jawingfield@modl.com
Mirick, O'Connell, DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581-3941
Phone: (508) 898-1501
Fax:    (508) 898-1502

Dated: March 1, 2006

## CERTIFICATE OF SERVICE

I, Edward C. Bassett, Jr., Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 10, 2006.

/s/ Edward C. Bassett, Jr.
Edward C. Bassett, Jr., Esq.

Dated: March 1, 2006

{H:\PA\Lit\19444\00001\A0890891.DOC}   2