UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04 12329 NG

| | |
|---|---|
| BARBARA A. CRIDER, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES GOODINE and DEVON LUMBER CO., LTD., | ) |
|     Defendants. | ) |

**STIPULATION OF DISMISSAL OF ACTION PURSUANT TO RULE 41(a)(1)(ii)**

The parties, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims in the within action be dismissed with prejudice, without costs or attorney fees, and without right of appeal.

| | |
|---|---|
| Plaintiff,<br>Barbara A. Crider<br>By her attorneys, | The Defendants, James Goodine and Devon Lumber Co., Ltd.<br>By their attorneys, |
| /s/Edward C. Bassett, Jr.<br>_____<br>Edward C. Bassett, Jr.<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1700 West Park Drive<br>Westborough, MA 01581-3941<br>508-898-1501<br><br>Dated:_____ | /s/Thomas C. Federico<br>_____<br>Thomas C. Federico, BBO#224510<br>Jacy L. Wilson, BBO#658923<br>**MORRISON MAHONEY LLP**<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 439-7500<br><br>Dated:_____ |

**CERTIFICATE OF SERVICE**

I certify that this document has been served upon all counsel of record in compliance with the F.R.C.P.

/s/Thomas C. Federico

_____
Thomas C. Federico, BBO#224510

Dated:  7 June 2006